**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

| | | |
|---|---|---|
| DAVID WAYNE LUMMUS, | | |
| REG. #13900-196 | | PLAINTIFF |
| | | |
| v. | 2:12-cv-00029-SWW-JTK | |
| | | |
| JOHN DOE, et al. | | DEFENDANTS |

**ORDER**

Plaintiff, a federal inmate proceeding pro se, was granted leave to proceed in forma pauperis in this federal civil rights (Bivens) action, by Order dated February 17, 2012 (Doc. No. 4). The Court also directed Plaintiff to file an Amended Complaint, noting that he did not include specific allegations against three of the four named Defendants in his Complaint. Id. Plaintiff has now filed an Amended Complaint against Defendant Nadar Peikar only, alleging violations of Bivens and the Federal Tort Claims Act (FTCA).

Having reviewed Plaintiff's Amended Complaint, the Court finds service appropriate with respect to Plaintiff's Bivens allegations against Defendant Peikar. Accordingly,

IT IS THEREFORE ORDERED that service is appropriate for Defendant Nader Peikar. The Clerk of the Court shall prepare summons for the Defendant and the United States Marshal is directed to serve a copy of the Amended Complaint (Doc. No. 6) and summons on the Defendant, the United States Attorney for this district, and the United States Attorney General, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 12th day of March, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE