**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

DAVID WAYNE LUMMUS,
REG. #13900-196                                                                                          PLAINTIFF

v.                                      2:12-cv-00029-SWW-JTK

JOHN DOE, et al.                                                                                      DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants Doe, Outlaw, and Graham are DISMISSED from Plaintiff's Complaints, for failure to state a claim upon which relief may be granted.

IT IS FURTHER ORDERED that Plaintiff's FTCA claim against Defendant Peikar is DISMISSED.

IT IS SO ORDERED this 30th day of March, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE