**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

DAVID WAYNE LUMMUS                                                            PLAINTIFF

v.                                  2:12CV00029-SWW-JTK

JOHN DOE, et al.                                                           DEFENDANTS

**<u>ORDER</u>**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendant's Motion for Summary Judgment (Doc. No. 33) is GRANTED and Plaintiff's Complaint against Defendant is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 26th day of March 2013.

                                                                                  <u>/s/Susan Webber Wright</u>
                                                                                  UNITED STATES DISTRICT JUDGE