# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

DAVID WAYNE LUMMUS                                                                                  PLAINTIFF

v.                                      2:12CV00029-SWW-JTK

JOHN DOE, et al.                                                                                  DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 26th day of March 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE